FILED
2018 May-10 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VINCENT MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action Number |
| **JESSE CREEK MINING, LLC,** *et al.*, ) | **2:18-cv-00381-AKK** |
| ) | |
| **Defendants.** ) | |

## **ORDER**

This case involves claims under various laws, including the Fair Labor Standards Act ("FLSA"), brought by Vincent Miller against Jesse Creek Mining, LLC and Jamas Technology, Inc. The parties have reached an agreement to resolve all claims in this case and have notified the court of the settlement. Given that this case involves claims under the FLSA, the parties seek court approval of the settlement, doc. 23, and an order of dismissal with prejudice.

The parties have exchanged a settlement agreement and advised the court as to the terms of the agreement, and the court has reviewed, *in camera*, a copy of the confidential settlement agreement submitted under seal. The parties have jointly requested that this court approve the settlement and enter a dismissal with prejudice. Doc. 23. The court treats their motion as a request that the court approve the settlement and enter a stipulated judgment.

Following an examination of the pleadings and the settlement agreement, this court finds that a bona fide dispute of both law and fact is involved in this litigation, including the amount of overtime, if any, due to Miller. Having reviewed the settlement agreement agreed upon by the parties, this court finds that the settlement agreement is fair and equitable to all parties involved. Therefore, the court approves the settlement and the parties are hereby ordered to finalize the settlement through the exchange of consideration. Based upon this resolution by the parties, all claims Miller has or may have arising out of or relating to this lawsuit, including, but not limited to any claims under the FLSA for wages, overtime, liquidated damages, attorney's fees, costs, expenses or other relief, award, or damages, and any claims under federal or Alabama employment laws, are hereby resolved and **DISMISSED WITH PREJUDICE**. The claims, if any, of the purportedly similarly situated employees are **DISMISSED WITHOUT PREJUDICE**.

Each party is to bear his or its own costs, fees, and expenses except as otherwise provided for in the settlement agreement between the parties.

The parties' Joint Motion to File Settlement Agreement Under Seal, doc. 23, is **GRANTED**.

The Clerk is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** the 10th day of May, 2018.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE